**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: KILCULLEN, VINCENT TODD § Case No. 09-74144
KILCULLEN, MICHELLE LYN §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $285,399.00 | Assets Exempt: $50,174.00 |
| Total Distribution to Claimants: $13,184.70 | Claims Discharged Without Payment: $31,252.86 |
| Total Expenses of Administration: $2,332.96 | |

3) Total gross receipts of $ 15,517.66 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $15,517.66 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,332.96 | 2,332.96 | 2,332.96 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 44,437.56 | 44,437.56 | 13,184.70 |
| **TOTAL DISBURSEMENTS** | $0.00 | $46,770.52 | $46,770.52 | $15,517.66 |

     4) This case was originally filed under Chapter 7 on September 28, 2009. . The case was pending for 9 months.

     5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  06/18/2010            By:  /s/JOSEPH D. OLSEN
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Mututal Fund with State Farm valued at $15,758 | 1129-000 | 15,514.33 |
| Interest Income | 1270-000 | 3.33 |
| **TOTAL GROSS RECEIPTS** | | **$15,517.66** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 2,301.58 | 2,301.58 | 2,301.58 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 31.38 | 31.38 | 31.38 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,332.96 | 2,332.96 | 2,332.96 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DISCOVER BANK | 7100-000 | N/A | 5,504.19 | 5,504.19 | 1,633.10 |
| DISCOVER BANK | 7100-000 | N/A | 13,744.51 | 13,744.51 | 4,078.02 |
| TARGET NATIONAL BANK | 7100-000 | N/A | 9,519.66 | 9,519.66 | 2,824.50 |

**UST Form 101-7-TDR (9/1/2009)**

| Chase Bank USA, N.A. | 7100-000 | N/A | 15,669.20 | 15,669.20 | 4,649.08 |
|---|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 44,437.56 | 44,437.56 | 13,184.70 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-74144  
**Case Name:** KILCULLEN, VINCENT TODD  
                 KILCULLEN, MICHELLE LYN  
**Period Ending:** 06/18/10

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 09/28/09 (f)  
**§341(a) Meeting Date:** 10/28/09  
**Claims Bar Date:** 02/10/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | (Debtors primary | 260,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account with Harris Bank | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | Savings account with Alpine Bank | 450.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household goods; TV, VCR, stereo, sofa, vacuum, | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Books, Compact Discs, Tapes/Records, Family Pict | 200.00 | 0.00 | DA | 0.00 | FA |
| 6 | Necessary wearing apparel. | 50.00 | 0.00 | DA | 0.00 | FA |
| 7 | Earrings, watch, costume jewelry, wedding rings. | 500.00 | 0.00 | DA | 0.00 | FA |
| 8 | Term Life Insurance - No Cash Surrender Value. | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | Whole life insurance | 6,674.00 | 0.00 | DA | 0.00 | FA |
| 10 | Mututal Fund with State Farm valued at $15,758 | 15,758.00 | 15,514.33 | | 15,514.33 | FA |
| 11 | WFS/WACHOVIA DEALER SV - 2002 Chrysler Town and | 7,025.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2002 Ford F-250 with over 130,000 miles. | 2,900.00 | 0.00 | DA | 0.00 | FA |
| 13 | 1967 International Tractor | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | 3 horses | 2,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 3.33 | FA |
| 15 | Assets Totals (Excluding unknown values) | **$301,157.00** | **$15,514.33** | | **$15,517.66** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Only asset the Trustee was administering were some mutual funds maintained at State Farm Insurance Company. The Trustee sought and obtained a turnover of those funds. The proof of claim bar date does not expire until 2/10/10 so will have to wait to see that that entails. Also seeking the adjusted basis of the Debtor for tax purposes and those mutual funds to determine whether I need to file tax returns. Presumably, that may all be tied up before 6/30/10, the estimated date of the final report.

**Initial Projected Date Of Final Report (TFR):** June 30, 2010      **Current Projected Date Of Final Report (TFR):** February 19, 2010 (Actual)

Printed: 06/18/2010 03:12 PM    V.12.08

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-74144 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | KILCULLEN, VINCENT TODD | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | KILCULLEN, MICHELLE LYN | | Account: | ***-*****62-65 - Money Market Account |
| Taxpayer ID #: | **-***9802 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 06/18/10 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 12/15/09 | {10} | State Farm Insurance | redemption of mutual funds | 1129-000 | 2,463.59 | | 2,463.59 |
| 12/15/09 | {10} | State Farm Insurance | Redemmption of mutual funds | 1129-000 | 4,684.59 | | 7,148.18 |
| 12/15/09 | {10} | State Farm Insurance | redemption of mutual funds | 1129-000 | 3,673.50 | | 10,821.68 |
| 12/15/09 | {10} | State Farm Insurance | redemption of mutual funds | 1129-000 | 4,692.65 | | 15,514.33 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.31 | | 15,514.64 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.61 | | 15,515.25 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.59 | | 15,515.84 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.69 | | 15,516.53 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.40 | | 15,516.93 |
| 04/20/10 | | Wire out to BNYM account 9200******6265 | Wire out to BNYM account 9200******6265 | 9999-000 | -15,516.93 | | 0.00 |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -15,516.93 | 0.00 | |
| | | | **Subtotal** | | 15,516.93 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,516.93** | **$0.00** | |

{} Asset reference(s)   Printed: 06/18/2010 03:12 PM   V.12.08

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 09-74144 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| **Case Name:** | KILCULLEN, VINCENT TODD | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | KILCULLEN, MICHELLE LYN | | **Account:** | ***-*****62-66 - Checking Account |
| **Taxpayer ID #:** | **-***9802 | | **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Period Ending:** | 06/18/10 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 06/18/2010 03:12 PM    V.12.08

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-74144
**Case Name:** KILCULLEN, VINCENT TODD
KILCULLEN, MICHELLE LYN
**Taxpayer ID #:** **-***9802
**Period Ending:** 06/18/10

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******62-65 - Money Market Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********6265 | Wire in from JPMorgan Chase Bank, N.A. account ********6265 | 9999-000 | 15,516.93 | | 15,516.93 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.32 | | 15,517.25 |
| 05/13/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.41 | | 15,517.66 |
| 05/13/10 | | To Account #9200******6266 | Preparation of Amd Dist. Rpt | 9999-000 | | 15,517.66 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 15,517.66 | 15,517.66 | $0.00 |
| | | | Less: Bank Transfers | | 15,516.93 | 15,517.66 | |
| | | | **Subtotal** | | 0.73 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.73** | **$0.00** | |

{} Asset reference(s)

Printed: 06/18/2010 03:12 PM    V.12.08

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 09-74144 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | KILCULLEN, VINCENT TODD | | Bank Name: | The Bank of New York Mellon |
| | KILCULLEN, MICHELLE LYN | | Account: | 9200-******62-66 - Checking Account |
| Taxpayer ID #: | **-***9802 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 06/18/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/13/10 | | From Account #9200******6265 | Preparation of Amd Dist. Rpt | 9999-000 | 15,517.66 | | 15,517.66 |
| 05/17/10 | 10101 | JOSEPH D. OLSEN | Dividend paid 100.00% on $2,301.58, Trustee Compensation; Reference: | 2100-000 | | 2,301.58 | 13,216.08 |
| 05/17/10 | 10102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $31.38, Trustee Expenses; Reference: | 2200-000 | | 31.38 | 13,184.70 |
| 05/17/10 | 10103 | DISCOVER BANK | Dividend paid 29.67% on $5,504.19; Claim# 1; Filed: $5,504.19; Reference: | 7100-000 | | 1,633.10 | 11,551.60 |
| 05/17/10 | 10104 | DISCOVER BANK | Dividend paid 29.67% on $13,744.51; Claim# 2; Filed: $13,744.51; Reference: | 7100-000 | | 4,078.02 | 7,473.58 |
| 05/17/10 | 10105 | TARGET NATIONAL BANK | Dividend paid 29.67% on $9,519.66; Claim# 3; Filed: $9,519.66; Reference: | 7100-000 | | 2,824.50 | 4,649.08 |
| 05/17/10 | 10106 | Chase Bank USA, N.A. | Dividend paid 29.67% on $15,669.20; Claim# 4; Filed: $15,669.20; Reference: | 7100-000 | | 4,649.08 | 0.00 |
| | | | ACCOUNT TOTALS | | 15,517.66 | 15,517.66 | $0.00 |
| | | | Less: Bank Transfers | | 15,517.66 | 0.00 | |
| | | | Subtotal | | 0.00 | 15,517.66 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $15,517.66 | |

Net Receipts :   15,517.66
───────────
Net Estate :   $15,517.66

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****62-65 | 15,516.93 | 0.00 | 0.00 |
| Checking # ***-*****62-66 | 0.00 | 0.00 | 0.00 |
| MMA # 9200-******62-65 | 0.73 | 0.00 | 0.00 |
| Checking # 9200-******62-66 | 0.00 | 15,517.66 | 0.00 |
| | $15,517.66 | $15,517.66 | $0.00 |

{} Asset reference(s)

Printed: 06/18/2010 03:12 PM    V.12.08